UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON SMITH,

    Plaintiff,

- against –

WOW MEDIA PRODUCTS, INC.

    Defendant.

Case No. 1:19-cv-4119

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

## ~~(PROPOSED)~~ ORDER

Because the parties have reached a settlement in principle, the Court hereby administratively dismissed the above-captioned case with the right to re-open the case within 30 days if the parties have not submitted their stipulation of settlement and voluntary dismissal.

Dated: 11/14/19

SO ORDERED:

_____
Hon. Jed. S. Rakoff